David J. McGlothlin, Esq. (SBN: 253265)
david@southwestlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for the Plaintiff
Michael Bumpus

FILED
SEP 09 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| Michael Bumpus | Case No.: 1:10-cv-00557-AWI-SMS |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| IGS and Portfolio Recovery Associates | |
| Defendants. | |

The parties hereto, through their respective counsel, stipulate to dismiss this matter with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted this 6th day of September 2011.

Date: September 6, 2011

**Hyde & Swigart**

By: /s/ David J. McGlothlin
David McGlothlin
Attorneys for the Plaintiff

Date: September 6, 2011

**Kornick Moskovitz Tiedemann & Girard**

By: /s/ June Coleman
June Coleman
Attorney for the Defendants

It is so Ordered. Dated: 9-9-11

_____
United States District Judge